UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JILL ALTMEYER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 3:10-CV-176-RLY-WGH ) |
| CASEY'S GENERAL STORES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter has come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Jill Altmeyer, and Casey's General Stores, Inc., and the Court having considered the same and being otherwise duly advised in the premises, now finds that said Stipulation should be approved.

IT IS, THEREFORE, ORDERED that this cause is hereby dismissed, with prejudice, with both parties to bear their own attorney's fees and costs.

DATED:_____

Distribution To:

Kyle Frederick Biesecker, Esquire
kfb@bdlegal.com
William Martin Krowl, Esquire
wkrowl@bdlegal.com
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana  47708

*Attorneys for Plaintiff*

Patricia L. Ogden, Esquire
patricia.ogden@btlaw.com
David J. Pryzbylski, Esquire
david.pryzbylski@btlaw.com
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana  46204

*Attorneys for Defendant*